**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTINE OMANI, M.D., TRACY PHILIPS, M.D., COLETTA HARGIS, M.D., both individually and in their representative capacity under Business & Professions Code §§ 17200, *et seq.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER and DOES 1 through 100,<br><br>  Defendants.<br>                                                                    / | No. C 06-04283 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference and related initial-disclosure deadlines.

**IT IS SO ORDERED.**

Dated: October 4, 2006.

　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE