G. SCOTT EMBLIDGE, State Bar #121613
SAMANTHA W. ZUTLER, State Bar #238514
MOSCONE, EMBLIDGE & QUADRA, LLP
180 Montgomery Street, Suite 1240
San Francisco, California 94104-4238
    Telephone:    (415) 362-3599
    Facsimile:    (415) 362-7332

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTINE OMANI, M.D., TRACY PHILLIPS, M.D., COLETTA HARGIS, M.D., both individually and in their representative capacity under Business & Professions Code §§ 17200 *et seq.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,<br><br>    Defendants. | Case No.: C 06-04283 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

    Pursuant to FRCP 41(a)(1)(ii), the parties to this action, through their designated counsel, do hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice.

---

1

STIPULATION AND ORDER OF DISMISSAL

Respectfully Submitted,

Dated: November 21, 2006  MOSCONE, EMBLIDGE, & QUADRA LLP

By: _____
  G. Scott Emblidge
  Samantha W. Zutler

Attorneys for Plaintiffs Omani, et. al

Dated: November 6, 2006  KAUFF, MCCLAIN & MCGUIRE LLP

By: _____
  Maureen McClain
  Matthew Vandall

Attorneys for Defendant Alta Bates Summit Medical Center

  Based the stipulation of the parties and good cause appearing, IT IS HEREBY ordered that the above captioned action be dismissed with prejudice.

December 7
Dated: ~~November~~ ___, 2006  By: _____
  Honorable William Alsup
  United States District Court

*IT IS SO ORDERED — Judge William Alsup*

2
STIPULATION AND ORDER OF DISMISSAL